1  E. MARTIN ESTRADA
   United States Attorney
2  CAMERON L. SCHROEDER
   Assistant United States Attorney
3  Chief, National Security Division
   SUE J. BAI (Cal. Bar No. 319315)
4  Assistant United States Attorney
   Terrorism and Export Crimes Section
5       1500 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-2130
7       Facsimile: (213) 894-2927
        E-mail: sue.bai@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

**FILED**
CLERK, U.S. DISTRICT COURT
5/25/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ____vv____ DEPUTY

10                      UNITED STATES DISTRICT COURT

11                  FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,         NO. 2:24-mj-03081-DUTY

13           Plaintiff,                GOVERNMENT'S *EX PARTE* APPLICATION
                                       FOR ORDER SEALING DOCUMENTS;
14              v.                     DECLARATION OF SUE J. BAI

15  TYLER ROBERT BUCHANAN,            **(UNDER SEAL)**

16           Defendant.

17

18        Plaintiff United States of America, by and through its counsel

19  of record, the United States Attorney for the Central District of

20  California and Assistant United States Attorney Sue J. Bai, hereby

21  applies ex parte for an order that the government's complaint and any

22  related documents in the above-captioned case be kept under seal

23  until the defendant is in the custody of the United States, with

24  exceptions (i) to allow disclosure to and by law enforcement

25  personnel, including foreign authorities, in connection with the

26  performance of their duties and for the purpose of locating or

27  arresting the defendant, and (ii) to allow disclosure, including to

28  foreign authorities, in connection with any extradition proceedings.

The government also applies for an order allowing the documents with any redactions to be publicly disclosed by the government at the time the Department of Justice publicly discloses the details of the investigation in this case.

This ex parte application is based on the attached declaration of Sue J. Bai.

Dated: May 25, 2024                    Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

CAMERON L. SCHROEDER
Assistant United States Attorney
Chief, National Security Division


    /s/
SUE J. BAI
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF SUE J. BAI**

I, Sue J. Bai, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in this case.

2. The government requests leave to file its complaint and any related documents as well as this ex parte application in the above-captioned case under seal, with exceptions (i) to allow disclosure to and by law enforcement personnel, including foreign authorities, in connection with the performance of their duties and for the purpose of locating or arresting the defendant, and (ii) to allow disclosure, including to foreign authorities, in connection with any extradition proceedings.

3. Defendant TYLER ROBERT BUCHANAN ("BUCHANAN") has not yet been taken into U.S. custody and has not yet been informed that he will be named as a defendant in this case. If the complaint or any related documents were made public before BUCHANAN is taken into U.S. custody, the ability of law enforcement to locate and apprehend BUCHANAN could be jeopardized. Even if BUCHANAN is apprehended by foreign authorities, he could be released while any extradition proceedings are pending. In such a case, if the documents were made public before BUCHANAN is taken into U.S. custody, he may flee to a country where extradition to the United States is not possible. Furthermore, public disclosure of the documents before BUCHANAN is in U.S. custody may also allow him time to dispose of or conceal evidence and intimidate witnesses, particularly if he is apprehended and then released by foreign authorities while any extradition proceedings are pending. Accordingly, the government requests that

the complaint and any related documents as well as this ex parte application in this case be sealed until BUCHANAN is in the custody of the United States.

4. The exception to allow disclosure of the complaint and any related documents to and by law enforcement personnel, including foreign authorities, is necessary because information in these documents may be required by law enforcement personnel, including foreign authorities, to locate or apprehend BUCHANAN.

5. The exception to allow disclosure of the complaint and any related documents, including to foreign authorities, in connection with any extradition proceedings is necessary because the United States likely will be required to provide copies of the charging document with any extradition request.

6. The government also applies for an order allowing the documents with any redactions to be publicly disclosed by the government at the time the Department of Justice publicly discloses the details of the investigation in this case. For instance, if BUCHANAN is not apprehended or the U.S. government will not be able to extradite him, there could be a public interest in the information contained in these documents in light of the nature and scope of the offenses, the victims targeted, and the need to disrupt and deter similar crimes in the future.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on May 24, 2024.

_____
SUE J. BAI