```
                                          F I L E D
                                    CLERK, U.S. DISTRICT COURT
                                          5/25/2024
                                    CENTRAL DISTRICT OF CALIFORNIA
                                    BY: _____vv_____ DEPUTY
```

1  E. MARTIN ESTRADA
   United States Attorney
2  CAMERON L. SCHROEDER
   Assistant United States Attorney
3  Chief, National Security Division
   SUE J. BAI (Cal. Bar No. 319315)
4  Assistant United States Attorney
   Terrorism and Export Crimes Section
5       1500 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-2130
7       Facsimile: (213) 894-2927
        E-mail: sue.bai@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

                    UNITED STATES DISTRICT COURT

                FOR THE CENTRAL DISTRICT OF CALIFORNIA

   UNITED STATES OF AMERICA,         NO. 2:24-mj-03081-DUTY

            Plaintiff,               [PROPOSED] ORDER SEALING DOCUMENTS

                 v.                  **(UNDER SEAL)**

   TYLER ROBERT BUCHANAN,

            Defendant.

     For good cause shown, IT IS HEREBY ORDERED THAT:

     The government's ex-parte application for sealed filing is GRANTED. The government's complaint and any related documents, as well as the government's ex parte application to seal and this order shall be kept under seal until TYLER ROBERT BUCHANAN is in the custody of the United States, with exceptions (i) to allow disclosure to and by law enforcement personnel, including foreign authorities, in connection with the performance of their duties and for the purpose of locating or arresting the defendant, and (ii) to allow disclosure, including to foreign authorities, in connection with any extradition proceedings.

                                    1

The government may also publicly disclose documents with any redactions at the time the Department of Justice publicly discloses the details of the investigation in this case.

The government may also produce the complaint and any related documents as permitted or required by applicable law.

5/25/2024
DATE

HONORABLE MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE

**OR IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED. The sealing application will be filed under seal. The underlying documents shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

_____          _____
DATE                                    HONORABLE MARGO A. ROCCONI
                                        UNITED STATES MAGISTRATE JUDGE