

1
2

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

3
4

UNITED STATES OF AMERICA,

Plaintiff

5
6

v.

TYLER ROBERT BUCHANAN,

7

Defendant.

8
9
10
11

Case No. 2:24-mj-03081-DUTY



12

AFFIDAVIT IN SUPPORT OF REQUEST FOR EXTRADITION OF

13

TYLER ROBERT BUCHANAN

14
15

I, Jeremy Durk, being duly sworn, declare and state as follows:

16      1.    I make this affidavit in support of the request of the

17   United States of America to Spain for the extradition of Tyler Robert

18   Buchanan, (hereinafter, "BUCHANAN").

19      2.    I have been a Special Agent with the Federal Bureau of

20   Investigation ("FBI") since 2020. As a Special Agent with the FBI, I

21   investigate violations of United States laws, including laws

22   prohibiting computer intrusions and fraud.  I have received training

23   in general law enforcement and in specialized areas, including

24   computer crimes.

25      3.    In my capacity as an FBI Special Agent, I am assigned to,

26   and responsible for, the investigation that resulted in the complaint

27   and the arrest warrant for BUCHANAN in United States of America v.

28

1  Tyler Robert Buchanan, criminal case number 2:24-mj-03081-DUTY,
2  pending in the United States District Court for the Central District
3  of California.  I have participated in this investigation, and I am
4  familiar with the facts and evidence in the case.

5      4.    As part of this investigation, I have reviewed evidence
6  related to the phishing scheme targeting over 45 companies based in
7  the United States, Europe, and elsewhere, along with evidence related
8  to other frauds, computer intrusions, and cryptocurrency theft.  In
9  addition, I have reviewed evidence from foreign law enforcement
10  partners, who have knowledge of BUCHANAN's illegal activities.  In
11  addition, I have reviewed evidence from other FBI employees and
12  cryptocurrency analysts who have studied the cryptocurrency transfers
13  and from government forensic examiners who have assisted in examining
14  and analyzing electronic evidence relating to the scheme.

15      5.    The information contained in this affidavit is based on my
16  knowledge and observations during the course of this investigation,
17  information provided to me by other members of law enforcement, and
18  my review of various documents, records, and digital evidence.
19  Additionally, this affidavit is based on my training and experience,
20  as well as that of other members of law enforcement, including
21  cryptocurrency analysts working with me in this investigation, and
22  communications with others who have personal knowledge of the events
23  and circumstances described herein.  The dates listed in the
24  affidavit should be read as "on or about" dates, and all amounts are
25  approximate.  This affidavit is intended to show that there is
26  sufficient evidence for extradition and does not purport to set forth
27  all of the information about which I, or collectively, the other law

28

1   enforcement personnel involved in this investigation, have regarding
2   this investigation and criminal case.

3       6.    Based on the evidence obtained throughout this
4   investigation, on 25 May 2024, a criminal complaint was filed in this
5   matter, charging BUCHANAN with: (i)  Count One – wire fraud
6   conspiracy, in violation of Title 18, United States Code, Section
7   1349; (ii) Count Two – conspiracy to obtain information by computer
8   for private financial gain and to access computer to defraud and
9   obtain value, in violation of Title 18, United States Code, Sections
10  371, 1030(a)(2)(C),(c)(2)(B)(i), and 1030(a)(4); (iii) Counts Three
11  and Four – wire fraud in violation of Title 18, United States Code,
12  Section 1343;  and (iv) Count Five – aggravated identity theft in
13  violation of Title 18, United States Code, Section 1028A.

14              **I.   SUMMARY OF THE EVIDENCE**

15      7.    BUCHANAN faces charges in the Central District of
16  California for his role in conspiring to commit phishing fraud,
17  computer intrusions, cryptocurrency theft, and identity theft.

18      **A.   SMS Phishing Scheme Targeting U.S. Companies – Counts One
19           and Two**

20      8.    Based on information provided by three victim companies,
21  whose identities are known to the FBI (Victim Companies 1, 2, and 3),
22  and publicly available information about those companies, I know the
23  following information.

24           **1.   Victim Company 1**

25      9.    Victim Company 1 is a social media company with offices in
26  the Central District of California.

27      10.   On 2 June 2022, Victim Company 1 employees in the Central
28

                            3

1  District of California received SMS messages on their phones
2  informing them that their accounts were about to be deactivated.

3      11.   At least one of the SMS messages instructed the employee to
4  navigate to a linked website with the domain "[Name of Victim Company
5  1]-okta.net" ("Phishing Domain 1") which appeared to be associated
6  with Okta.[1]

7      12.   At least one employee of Victim Company 1 navigated to the
8  linked website, entered the employee's company credentials, and then
9  authenticated the employee's identity through the two-factor
10 authentication request sent to their phone.

11                    **2.   Victim Company 2**

12      13.   Victim Company 2 is a video game company with offices in
13 the Central District of California.

14      14.   Similar to Victim Company 1, on 2 June 2022, multiple
15 employees of Victim Company 2 in the Central District of California
16 received SMS messages on their phones, informing them that their
17 accounts were about to be deactivated and instructing them to
18 navigate to the linked website.

19      15.   Victim Company 2 employees saw that the linked website
20 appeared to be associated with Okta.  The linked websites included a
21 website with the domain "[Victim Company 2 Name]-vpn.net" ("Phishing
22 Domain 2").

23      16.   At least one employee of Victim Company 2 navigated to the
24 linked website, entered the employee's company credentials, and then
25 authenticated the employee's identity through the two-factor

26

27      [1]    Okta is a U.S. company that provides security services to
       authenticate employee or user identity and was at the time used by
28 Victim Company 1 for this purpose.

1  authentication request sent to their phone.

2  **3.   Victim Company 3**

3      17.   Victim Company 3 is a video game and software company
4  outside of the Central District of California.

5      18.   As with Victim Company 1 and 2, on 2 June 2022, multiple
6  employees of Victim Company 3 received SMS messages on their phones,
7  similarly informing them that their accounts were about to be
8  deactivated.   These SMS messages instructed the employees to navigate
9  to a linked website with the domain "[Name of Victim Company 3]-
10  okta.com," which also appeared to be associated with Okta.

11     19.   At least one employee of Victim Company 3 navigated to the
12  linked website, entered the employee's company credentials, and then
13  authenticated the employee's identity through the two-factor
14  authentication request sent to their phone.

15  **B.   Identification of BUCHANAN in the SMS Phishing Scheme –**
16  **Counts One and Two**

17     20.   Domain registration records from NameCheap for Phishing
18  Domain 1 and Phishing Domain 2 showed that both domains were
19  registered under the same NameCheap account ("Subject NameCheap
20  Account"), which had the username bobsagetfaget and listed the
21  account email address as lululongstaffihw98@gmail.com ("Subject Gmail
22  Account").   These records showed that both phishing domains were
23  registered on 2 June 2022, the same date that Victim Companies 1, 2,
24  and 3 were targeted in the phishing scheme described above.

25     21.   Records from NameCheap for the Subject NameCheap Account
26  also showed that the account was used to register other phishing
27  domains with names that suggested that they were designed to

28

5

1  similarly target additional telecommunication, cryptocurrency
2  exchange, social media, and technology companies.

3      22.  The NameCheap records also showed that less than one month
4  before the phishing attacks, on 4 May 2022, the Subject NameCheap
5  Account was logged in from the IP address 92.239.191.14 ("BUCHANAN IP
6  Address"), which traced back to Scotland, United Kingdom.

7      23.  Virgin Media records showed that the BUCHANAN IP Address
8  was leased to BUCHANAN from 26 January 2022 to 7 November 2022.

9      24.  The FBI subsequently confirmed that BUCHANAN was a U.K.
10  citizen who was at that time living in Scotland, United Kingdom.

11      C.  **Evidence from Buchanan's Digital Devices Tied to Phishing**
12          **Scheme, Hacking, and Cryptocurrency Theft – Counts One and**
13          **Two**

14      25.  In April 2023, law enforcement authorities in Scotland
15  searched the residence of BUCHANAN, located at the address associated
16  with the BUCHANAN IP Address, and seized approximately twenty digital
17  devices in connection with a separate investigation (collectively,
18  "BUCHANAN's devices").  Between November 2023 and January 2024, the
19  FBI obtained forensic copies of the desktop computers, laptop
20  computers, external storage devices, and phones seized during the
21  search.  Two of the devices contained information relating to a
22  proton email address that had been used by BUCHANAN to book a flight,
23  based on information provided by British Airways; this flight
24  reservation was associated with BUCHANAN's true U.K. passport number.

25      26.  The internet browser history from one of BUCHANAN's seized
26  devices showed that he accessed (i) a NameCheap registration and
27  control panel page for Phishing Domain 2, which was used to target

28

1   Victim Company 2; and (ii) the Subject Gmail Account, which was used
2   to register the Subject NameCheap Account that in turn registered
3   Phishing Domain 1, Phishing Domain 2, and many other apparent
4   phishing domains as discussed above.

5        27.   One of Buchanan's devices was found to contain a phishing
6   kit.   U.S. law enforcement authorities believe that this phishing kit
7   was a software program designed to capture information coming into a
8   phishing website (like usernames and passwords) and then transmit
9   that information to another database that could be accessed by the
10  attackers.   An analysis of the phishing kit found on BUCHANAN's
11  device determined that it was designed specifically to transmit the
12  captured information to a Telegram channel.[2]   Coconspirator 1 is an
13  uncharged coconspirator with BUCHANAN.   The FBI searched more than
14  twenty digital devices, including computers, external storage
15  devices, and phones belonging to Coconspirator 1.   In one of the
16  external storage devices, the FBI found usernames and passwords for
17  employees of Victim Companies 1, 2, and 3 contained in Telegram data
18  that had been exported to the device.   U.S. law enforcement
19  authorities assess that the presence of those usernames and passwords
20  in Telegram data is consistent with those credentials being harvested
21  by a Telegram-connected phishing kit like that found on BUCHANAN's
22  device.

23       28.   The hash value of the phishing kit on BUCHANAN's device
24  matched the hash value of the phishing kits found on three virtual
25  private servers that were used to host phishing websites, as further
26  described below.   The fact that these files all shared the same hash

27  ─────────────────
28       [2]   Telegram is an end-to-end encrypted messaging application
    available on mobile devices and desktop computers.

1  value indicates that they were exact copies of the same phishing kit.

2          a.     During the investigation, the FBI obtained information

3  from Digital Ocean for the following three virtual private servers:

4  Server with IP Address 138.68.27.0 ("Subject Server 1"); Server with

5  IP Address 138.197.194.87 ("Subject Server 2"); and Server with IP

6  Address 146.190.44.66 ("Subject Server 3").[3]

7          b.     Based on a review of the records for Subject Servers

8  1, 2, and 3, and information from DomainTools,[4] the FBI determined

9  that the servers were used to host the following domains during the

10  corresponding time periods:

11                i.     From 15 to 16 June 2022, Subject Server 1 hosted

12  [victim company name]-okta.com, [victim company name]-vpn.com,

13  [victim company name]-vpn.com, [victim company name]-okta.com, okta-

14  [victim company name].com, [victim company name]-vpn.com, and [victim

15  company name]-vpn.com.

16                ii.    From 3 to 6 June 2022, Subject Server 2 hosted

17  login[victim company login page name].tv.

18                iii.   From 22 to 25 July 2022, Subject Server 3 hosted

19  [misspelled victim company name]-okta.com, [victim company name]-

20  sso.com, and [victim company name].com.

21          c.     Based on publicly available information and

22  information obtained from victim companies in this investigation,

23  U.S. law enforcement authorities believe that these domains are

24

25        [3]    Digital Ocean is a cloud service company based in the
26  United States that provides virtual private servers ("VPS") to
    customers.

27        [4]    DomainTools is a service that provides historical
    information on registered domains, including the associated IP
28  addresses.

1  phishing domains designed to appear like they belong to legitimate
2  companies but are not actually associated with those companies.

3      29.  Browser history on one of BUCHANAN's devices showed that
4  the device was used to access administration and control panels for
5  Subject Servers 1 and 3 on 14 June and 22 July 2022.  A database
6  found on Subject Server 1 contained employee credentials for several
7  U.S.-based companies, including a social media company, an email
8  marketing company, a software company, and a venture capital firm, as
9  well as an Indian information technology company.

10      30.  Records from Bitlaunch[5] show that Subject Server 2 was
11  accessed using IP address 146.70.119.100 on 3 June 2022 (one day
12  after the phishing attacks discussed above).  On the same day, the
13  Subject NameCheap Account was also accessed from this same IP
14  address.  These accesses from the same IP address on the same day
15  indicate that the same person or persons who controlled Subject
16  Server 2 also controlled the Subject Namecheap Account.

17      31.  Records from Bitlaunch show that Subject Server 2 was paid
18  for using a cryptocurrency address.  Discord records show that the
19  same address was listed in a message that Coconspirator 1 sent in a
20  chatroom with no other participants.

21      32.  BUCHANAN's digital devices held multiple files containing
22  information from potential victim companies.  These included an
23  export of what appeared to be the system user database of a large
24  U.S.-based telecommunication company as well as customer information
25  from a U.S. cryptocurrency exchange.

26

27      [5]  Bitlaunch is VPS provider that accepts payment in
    cryptocurrency for VPS services provided by other companies,
28  including Digital Ocean, Vultr, and Linode.

1    33.   Browser history on BUCHANAN's device showed that he visited
2 the management consoles for multiple phishing websites, as well as
3 the login page of an email account belonging to an employee of a
4 company that provides call center services.

5    34.   The browser history also indicated numerous attempts to
6 connect to companies targeted in the phishing attacks, including
7 telecommunication and software companies based in the United States.

8    35.   The FBI's investigation to date has gathered evidence
9 showing that BUCHANAN and his coconspirators targeted at least 45
10 companies in the United States and abroad, including in Canada,
11 India, and the United Kingdom.

12    36.   One of BUCHANAN's devices contained a screenshot of
13 Telegram messages between an account known to be used by BUCHANAN and
14 other unidentified coconspirators discussing dividing up the proceeds
15 of SIM swapping.[6]  Based on my training and experience, I know that
16 criminals engage in SIM swapping to gain access to a victim's phone
17 number so that the criminal can intercept or access any code or
18 password sent to that phone number.   This allows the criminal to use
19 the code or password to access victim accounts, including email,
20 bank, credit card, and cryptocurrency accounts.

21    37.   BUCHANAN's digital devices also contained communications
22 with Coconspirator 1, including Telegram messages where Buchanan
23 provided information about potential victims to target for

24

25    [6] SIM swapping is a type of account takeover fraud that
generally targets weaknesses in authentication mechanisms of mobile
telephones, allowing criminals to take over a victim's telephone and
26 its communications.   Criminals will generally change the SIM card (a
physical or virtual memory storage device) that is associated with a
27 telephone number with a SIM card that the criminals control.   Once
the SIM card is changed, the criminals can control the victim's
28 telephone number.

cryptocurrency theft, as further discussed below.

**D. Hacking Companies to Steal Customer Information and Cryptocurrency – Counts One through Five**

38.   Based on information obtained from at least one coconspirator at the time FBI executed search warrants, the purpose of the phishing scheme targeting companies was in part to access tools necessary for SIM swapping as well as to access customer/identifying information, that could then be used to ultimately steal cryptocurrency.

39.   Based on this information as well as information from victims, FBI employees, and other evidence obtained in this investigation, U.S. law enforcement authorities believe that BUCHANAN and his coconspirators tried to steal cryptocurrency using various methods.   One of those methods involved BUCHANAN and his coconspirators accessing a victim's cryptocurrency wallet or account on exchange platforms and transferring cryptocurrency to wallets that they controlled without the victim's knowledge, as further discussed below.   Based on messages found on BUCHANAN's digital devices, it appears that BUCHANAN and his coconspirators gained such access through SIM-swapping and social engineering.[7]

40.   Throughout the investigation, the FBI identified numerous victims who had their cryptocurrency stolen.   Based on information obtained from those victims and BUCHANAN's digital devices, records from Coinbase, Gemini, and blockchain explorers, and information from

---

[7] Social engineering refers to deceptive techniques that are designed to convince another person to reveal specific information or perform a specific action when the perpetrator would not otherwise have access to that information or action.   Phishing is a type of social engineering technique.

11

1   FBI employees, U.S. law enforcement authorities know that much of the
2   stolen cryptocurrency was transferred to wallets controlled by
3   BUCHANAN and his coconspirators, as discussed below.

### 1.   Victim E.V. - Count Three

5       41.   On 1 June 2022, over 9 bitcoin (then worth $267,000)
6   belonging to E.V., a resident of the Central District of California,
7   was transferred to a cryptocurrency address ending in UB6DW, without
8   E.V.'s knowledge.   That transaction had a hash value ending in 8f154.

9       42.   The same transaction hash value was found in the
10  transaction history for a wallet associated with BUCHANAN's digital
11  device.   Specifically, the FBI found a seed phrase on one of
12  BUCHANAN's devices and used it to access the associated wallet and
13  its transaction history, which included the transaction with the hash
14  value ending in 8f154.

### 2.   Victim J.L. - Count Four

16      43.   On 4 December 2022, victim J.L., a resident of the Central
17  District of California, had bitcoin and ether (then worth $195,000)
18  stolen from multiple accounts including a Coinbase account and an un-
19  hosted wallet.

20      44.   A search of a digital device belonging to Coconspirator 1
21  revealed that on 3 December 2022, the day before the theft, a
22  Telegram user with the name "t" sent the name and email address of
23  J.L. to Coconspirator 1.   BUCHANAN's first name is "Tyler."

24      45.   A portion of the stolen funds was sent to a Bitcoin wallet
25  belonging to Coconspirator 1 that was later seized by the FBI
26  pursuant to a warrant.

27      46.   Another portion of the stolen funds was sent to a

1   cryptocurrency address ending in "0zh51" (the "0zh51 Address") that
2   is believed to belong to BUCHANAN, as further discussed below.

3       47.   A blockchain explorer page for the 0zh51 Address was saved
4   as a "shortcut" on BUCHANAN's web browser found on one of his
5   devices.

6       48.   Records obtained from Discord revealed that the user of a
7   Discord account with user ID 115911383643717635 ("BUCHANAN Discord
8   Account") sent the 0zh51 Address to an unidentified Discord user when
9   asking the latter to send funds.  Records for the Discord account
10   revealed that the BUCHANAN IP Address (discussed above) was used to
11   log into this Discord account multiple times in July 2022.

12       49.   The publicly available transaction history for the 0zh51
13   Address shows that approximately 391 bitcoin was transferred in and
14   out of this address between October 2022 and February 2023; 391
15   bitcoin is presently worth more than $26 million.

16          **3.   Victims R.G., A.F., and C.T.**

17       50.   A cryptocurrency wallet found on one of BUCHANAN's devices
18   contained an address ending in CfAC1 (the "CfAC1 Address"),
19   indicating that BUCHANAN controlled that address.

20       51.   On 14 July 2022, approximately 55.7 ether (then worth
21   $60,000) was transferred from a Gemini account belonging to R.G., a
22   resident of Tennessee, without R.G.'s consent.  After a series of
23   transactions, a portion of the funds was received into the CfAC1
24   Address.

25       52.   On 15 July 2022, approximately 166.54 ether (then worth
26   $199,000) was transferred from a Coinbase account belonging to A.F.,
27   a resident of New York, without A.F.'s consent.  After a series of

28

                                   13

transactions, 44 of the ether was received into the CfAC1 Address.

53.  On 21 July 2022, approximately 26.52 ether (then worth $40,000) was transferred from a Coinbase account belonging to C.T., an Ohio resident, without C.T.'s consent.  After a series of transactions, a portion of the ether was received into the CfAC1 Address.

**4.   Victim N.C.**

54.  On 11 December 2022, approximately 2.04 bitcoin (then worth $34,900) was transferred from an Coinbase account belonging to N.C., a resident of California, without N.C.'s consent.  After a series of transactions, a portion of the funds was sent to the 0zh51 Address.

55.  As stated above, a blockchain explorer page for the 0zh51 Address was saved as a "shortcut" on BUCHANAN's web browser found on one of his devices.

56.  That same day, Coconspirator 1 sent the name and email address of N.C. to the same Telegram user "t" connected to the theft from victim J.L.

**5.   Victim J.B.**

57.  On 18 December 2022, approximately 10.93 bitcoin (then worth $182,000) was transferred out of an un-hosted wallet belonging to J.B., a resident of Texas, without J.B.'s consent.  After a series of transactions, a portion of the bitcoin was sent to the 0zh51 Address.

**6.   Victim D.H.**

58.  On 4 December 2022 approximately 7.66 bitcoin (then worth $129,000) was taken from a Coinbase account belonging to D.H., a resident of Pennsylvania, without D.H.'s consent.  A portion of the

1  bitcoin was sent in a series of transactions to a wallet controlled
2  by Coconspirator 1 and later seized by the FBI pursuant to a warrant.

3      59.   Three days prior to the theft, the Telegram user "t" sent
4  the name and email address of D.H. to Coconspirator 1.

5          **7.   Victim M.L.**

6      60.   On 6 December 2022 approximately 98.5 bitcoin (then worth
7  $1,668,000) was transferred from a Coinbase account belonging to
8  M.L., a resident of New Hampshire, without M.L.'s consent.  A portion
9  of the cryptocurrency was sent through a series of transactions to a
10 wallet belonging to Coconspirator 1 that was seized by the FBI
11 pursuant to a warrant.

12     61.   Five days prior to the theft, the Telegram user "t" sent
13 the email address and phone number of M.L. to Coconspirator 1.

14         **8.   Victim J.G.**

15     62.   On 7 December 2022, more than $40,000 worth of 17 different
16 cryptocurrencies, including ether and bitcoin, was transferred from
17 un-hosted wallets belonging to J.G., a resident of Indiana, without
18 J.G.'s consent.  A portion of the cryptocurrency was sent in a series
19 of transactions to a wallet controlled by Coconspirator 1 and later
20 seized by the FBI pursuant to a warrant.

21     63.   Six days before the theft, Telegram user "t" sent the email
22 address and phone number of J.G. to Coconspirator 1.

23          **II.   BUCHANAN'S IDENTIFICATION**

24     64.   As discussed above, records from Virgin Media showed that a
25 residential Virgin Media IP address used to log in to Subject
26 NameCheap Account had been leased to a "MR TYLER BUCHANAN" with a

27

28

15

listed address of "82 Arklay Street," Dundee DD37LH ("BUCHANAN Residence").

65.  As part of a separate investigation, in April 2023, Police Scotland searched the BUCHANAN Residence and seized multiple devices. As described above, FBI searched and found evidence of the charged crimes on those devices.

66.  Based on information from Police Scotland, at the time of the search of the BUCHANAN Residence, other Police Scotland employees met with BUCHANAN at a separate location, seized a phone from him, and attempted an interview.

67.  Attached to this affidavit in Tab 1 is a scanned copy of BUCHANAN's passport provided by Police Scotland.  The passport listed BUCHANAN's full name (TYLER ROBERT BUCHANAN), United Kingdom passport number (138914476), nationality (British Citizen), date of birth (24 Mar 02), sex (M), and place of birth (Dundee). Police Scotland confirmed that the picture contained in the passport matched the person to which they spoke in April 2023.[8]  Also attached to this affidavit in Tab 1 is an additional photograph, believed to be of BUCHANAN, provided by Police Scotland.

68.  Discord records confirmed that the BUCHANAN Discord Account identified above was logged in on 30 May 2024 from an IP address that traces back to Palma, Mallorca, Spain based on open-source research. According to information from Interpol, the next day, BUCHANAN was apprehended by Spanish authorities at the Palma de Mallorca Airport.

[8] Records received from British Airways indicate that BUCHANAN used an updated passport with a different number (147700377) to travel from London to Barcelona on 21 May 2024, ten days before he was apprehended in Spain.

16

### III. CONCLUSION

69.   This affidavit was sworn to before a U.S. Magistrate Judge legally authorized to administer an oath for this purpose.  I have thoroughly reviewed this affidavit and I attest that this evidence is sufficient to justify the commitment for trial of BUCHANAN for the offenses for which his extradition is sought.


JEREMY DURK
Special Agent
Federal Bureau of Investigation


Sworn before me and subscribed in my presence this $\partial/$ day of June, 2024.


THE HONORABLE ALKA SAGAR
United States Magistrate Judge
U.S. District Court for the
Central District of California

## **TAB 1**

### Passport Copy



### Photo

