Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED
2025 APR 23  AM 9: 26
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
v.

Tyler Robert Buchanan

USMS# _____   DEFENDANT

CASE NUMBER: 2:24-MJ-03081-DUTY

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on California  at 1600  ☐ AM ☒ PM
   or
   The defendant was arrested in the Central  District of California  on 4/22/2025  at 1600  ☐ AM ☒ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   18 USC 1349, 371, 1343, AND 1028A

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: _____

7. Year of Birth: 2002

8. Defendant has retained counsel:  ☒ No
   ☐ Yes  Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: Duty Officer

10. Remarks (if any): _____

11. Name: J.Velazquez   (please print)

12. Office Phone Number: 213-620-8307

13. Agency: USMS

14. Signature: _____

15. Date: 4/23/2025

CR-64 (09/20)   REPORT COMMENCING CRIMINAL ACTION